JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE ANSON,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation d/b/a SMITH'S FOOD AND DRUG CENTER #1418, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO. 2:13-cv-00870-APG-NJK<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, both parties and their counsel participated in a court ordered Settlement Conference which resulted in the parties agreeing to a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between M. ERIC AHLANDER, ESQ. of the law firm HENNESS & HAIGHT, Attorneys for Plaintiff JULIE ANSON, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 2569522.1

1. That this case, including all claims of Plaintiff JULIE ANSON against Defendant SMITH'S FOOD & DRUG CENTERS, INC., shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That the jury trial scheduled to occur on September 15, 2014 be vacated.

Respectfully submitted this 20th day of June, 2014.

| HENNESS & HAIGHT | COOPER LEVENSON, P.A. |
|---|---|
| *[signature]* | /s/ Jerry S. Busby, Esq. |
| M. ERIK AHLANDER, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar # 009490 | Nevada Bar # 001107 |
| 8972 Spanish Ridge Avenue | 6060 Elton Avenue – Suite A |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89107 |
| (702) 862-8200 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| JULIE ANSON | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED. Case dismissed, with prejudice and that the jury trial scheduled September 15, 2014 is hereby vacated.

Dated: June 20, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

CLAC 2569522.1